

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2018

No. 04-18-00183-CR

Cornell Jackie **DRUMMER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 1991CR1948A
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

Appellant's appointed appellate counsel filed an Anders brief in this court. In accordance with the law, appointed counsel provided appellant with a copy of the brief as well as a motion by which appellant could request a copy of the appellate record for purposes of filing his own brief. On June 22, 2018, appellant filed his pro se motion for access to the appellate record. In that motion, appellant asks this court to provide him with a copy of the appellate record and grant him and extension of thirty days from the date he receives the record to file his appellant's brief.

After review, we **GRANT** appellant's request for a copy of the appellate record and **ORDER** the clerk of this court to send appellant a copy of the appellate record. We advise appellant that the appellate record in this case consists of a clerk's record and two supplemental clerk's records; there is no reporter's record. In addition, we **GRANT** appellant's request for an extension of time to file his appellant's brief and **ORDER** appellant to file his brief in this court on or before **August 9, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel and the pro se appellant.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court